**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01419-CV

**IN THE MATTER OF THE MARRIAGE OF CASEY LEE CROOM AND AUSTIN GREGORY CROOM AND IN THE INTEREST OF K.R.C. AND L.R.C., CHILDREN**

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51917-2010**

---

## ORDER

We **GRANT** appellant's July 7, 2014 unopposed motion to extend time to file reply brief and **ORDER** the brief be filed no later than July 25, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE